# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

NO.  2020 CW 0574

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

**AUGUST 17, 2020**

---

In Re:    Zurich American Insurance Company, Steadfast Insurance Company and American Guarantee & Liability Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:    GUIDRY, McDONALD, AND WOLFE, JJ.**

   **WRIT  DENIED.**    The  criteria  set  forth  in  **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMG**
**JMM**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT